**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

DAVID HADDEN,

       Plaintiff,

                                Case No. 9:18-cv-81385-KAM

v.

UNIVERSITY ACCOUNTING SERVICES,
RICHLAND STATE BANK and TRANSWORLD
SYSTEMS INC.,

       Defendants.
_____/

**DEFENDANT TRANSWORLD SYSTEMS, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

    Defendant, Transworld Systems, Inc. (TSI), through counsel and under the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the Amended Complaint filed by plaintiff, David Hadden (plaintiff), and states:

**JURISDICTION AND VENUE**

    1.    TSI admits plaintiff purports this is an action for alleged violations of the Federal Trade Commission Act (FTC Act), 15 U.S.C. § 45, *et. seq.*, the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq.*, the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et. seq.*, fraud, and negligence but denies any violations, liability or wrongdoing under the law. Except as specifically admitted, TSI denies the allegations in ¶ 1.

    2.    TSI denies the allegations in ¶ 2.

    3.    TSI denies the allegations in ¶ 3.

1

## PARTIES & BACKGROUND

A. **Plaintiff**

    4.    Upon information and belief, TSI admits the allegations in ¶ 4.

    5.    TSI denies the allegations in ¶ 5.

    6.    TSI denies the allegations in ¶ 6.

    7.    TSI denies the allegations in ¶ 7.

    8.    TSI denies the allegations in ¶ 8.

    9.    TSI denies the allegations in ¶ 9.

    10.    TSI denies the allegations in ¶ 10.

    11.    TSI denies the allegations in ¶ 11.

    12.    TSI denies the allegations in ¶ 12.

    13.    Upon information and belief, TSI admits a loan was disbursed to plaintiff.

Except as specifically admitted, TSI denies the allegations in ¶ 13.

    14.    TSI denies the allegations in ¶ 14.

    15.    TSI denies the allegations in ¶ 15.

    16.    TSI denies the allegations in ¶ 16.

    17.    TSI denies the allegations in ¶ 17.

    18.    TSI denies the allegations in ¶ 18.

    19.    TSI denies the allegations in ¶ 19.

    20.    TSI denies the allegations in ¶ 20.

    21.    TSI denies the allegations in ¶ 21.

    22.    TSI denies the allegations in ¶ 22.

23. TSI denies the allegations in ¶ 23 for lack of knowledge or information sufficient to form a belief therein.

24. TSI denies the allegations in ¶ 24.

25. TSI denies the allegations in ¶ 25.

26. TSI denies the allegations in ¶ 26.

27. TSI denies the allegations in ¶ 27.

28. TSI denies the allegations in ¶ 28.

29. TSI denies the allegations in ¶ 29.

30. TSI denies the allegations in ¶ 30.

31. TSI denies the allegations in ¶ 31.

32. TSI denies the allegations in ¶ 32.

33. TSI denies the allegations in ¶ 33.

34. TSI denies the allegations in ¶ 34.

35. TSI denies the allegations in ¶ 35.

**B.** **Defendants**

36. The allegations in ¶ 36 are not directed toward TSI. To the extent a response is required, denied.

37. The allegations in ¶ 37 are not directed toward TSI. To the extent a response is required, denied.

38. TSI admits it is a corporation, with an office in Delaware. Except as specifically admitted, TSI denies the allegations in ¶ 38.

39. TSI denies the allegations in ¶ 39.

40. TSI denies the allegations in ¶ 40 as calling for a legal conclusion.

## GENERAL ALLEGATIONS

41. TSI denies the allegations in ¶ 41.

42. TSI denies the allegations in ¶ 42.

43. TSI denies the allegations in ¶ 43.

44. TSI denies the allegations in ¶ 44.

45. TSI denies the allegations in ¶ 45.

46. TSI denies the allegations in ¶ 46.

47. TSI denies the allegations in ¶ 47.

48. TSI denies the allegations in ¶ 48.

49. TSI denies the allegations in ¶ 49.

50. TSI denies the allegations in ¶ 50.

51. TSI denies the allegations in ¶ 51.

52. TSI denies the allegations in ¶ 52.

53. TSI denies the allegations in ¶ 53.

54. TSI denies the allegations in ¶ 54.

55. TSI denies the allegations in ¶ 55.

56. TSI denies the allegations in ¶ 56.

57. TSI denies the allegations in ¶ 57.

58. TSI denies the allegations in ¶ 58.

59. TSI denies the allegations in ¶ 59.

60. TSI denies the allegations in ¶ 60.

61. TSI denies the allegations in ¶ 61.

62. TSI denies the allegations in ¶ 62.

63. TSI denies the allegations in ¶ 63.

64. TSI denies the allegations in ¶ 64.

65. TSI denies the allegations in ¶ 65.

66. TSI denies the allegations in ¶ 66.

67. TSI denies the allegations in ¶ 67.

68. TSI denies the allegations in ¶ 68.

69. TSI denies the allegations in ¶ 69.

70. TSI denies the allegations in ¶ 70.

71. TSI denies the allegations in ¶ 71.

72. TSI denies the allegations in ¶ 72.

73. TSI denies the allegations in ¶ 73.

74. TSI denies the allegations in ¶ 74.

75. TSI denies the allegations in ¶ 75.

76. TSI denies the allegations in ¶ 76.

77. TSI admits an account in debtor's name was placed with TSI for collection. Except as specifically admitted, TSI denies the allegations in ¶ 77 as calling for a legal conclusion.

78. TSI denies the allegations in ¶ 78.

79. TSI denies the allegations in ¶ 79.

80. TSI denies the allegations in ¶ 80.

81. TSI denies the allegations in ¶ 81.

82. TSI denies the allegations in ¶ 82.

83. TSI denies the allegations in ¶ 83.

84. TSI denies the allegations in ¶ 84.

85. TSI denies the allegations in ¶ 85.

86. TSI denies the allegations in ¶ 86.

87. TSI denies the allegations in ¶ 87.

88. TSI denies the allegations in ¶ 88.

89. TSI denies the allegations in ¶ 89.

90. TSI denies the allegations in ¶ 90.

91. TSI denies the allegations in ¶ 91.

92. TSI denies the allegations in ¶ 92.

93. TSI denies the allegations in ¶ 93.

94. TSI denies the allegations in ¶ 94.

95. TSI denies the allegations in ¶ 95.

96. TSI denies the allegations in ¶ 96.

97. TSI denies the allegations in ¶ 97.

98. TSI denies the allegations in ¶ 98.

99. TSI denies the allegations in ¶ 99.

100. TSI denies the allegations in ¶ 100.

101. TSI denies the allegations in ¶ 101.

102. TSI denies the allegations in ¶ 102.

103. TSI denies the allegations in ¶ 103.

104. TSI denies the allegations in ¶ 104.

105. TSI denies the allegations in ¶ 105.

106. TSI denies the allegations in ¶ 106.

107. TSI denies the allegations in ¶ 107.

108. TSI denies the allegations in ¶ 108.

109. TSI denies the allegations in ¶ 109.

110. TSI denies the allegations in ¶ 110.

## VIOLATION OF SECTION 5 OF THE FTC ACT
## COUNT I
### Lack of Reasonable Basis

111. TSI re-asserts the foregoing as if fully set forth herein.

112. The FTC Act speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 112 state otherwise, denied.

113. TSI denies the allegations in ¶ 113.

114. TSI denies the allegations in ¶ 114.

115. TSI denies the allegations in ¶ 115.

116. TSI denies the allegations in ¶ 116.

## THE FAIR CREDIT REPORTING ACT

117. The FCRA speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 117 state otherwise, denied.

118. The FCRA speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 118 state otherwise, denied.

119. TSI denies the allegations in ¶ 119 as calling for a legal conclusion.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## COUNT II
### Violations of Section 623(a)(1)(A)

120. TSI re-asserts its responses the foregoing as if fully set forth herein.

121. TSI denies the allegations in ¶ 121.

122. TSI denies the allegations in ¶ 122.

123. The FCRA speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 123 state otherwise, denied.

124. TSI denies the allegations in ¶ 124.

125. TSI denies the allegations in ¶ 125.

## COUNT III
### Violations of Section 623(a)(7)

126. The FCRA speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 126 state otherwise, denied.

127. TSI denies the allegations in ¶ 127 as calling for legal conclusion.

128. TSI denies the allegations in ¶ 128 as calling for legal conclusion.

129. TSI denies the allegations in ¶ 129.

130. TSI denies the allegations in ¶ 130.

## COUNT IV
### Violations of Section 623(b)(1)

131. The FCRA speaks for itself and is the best evidence of its content. To the extent plaintiff's allegations in ¶ 131 state otherwise, denied.

132. TSI denies the allegations of ¶ 132.

133. TSI denies the allegations of ¶ 133.

## FAIR DEBT COLLECTION PRACTICES ACT

134. TSI denies the allegations in ¶ 134 as calling for legal conclusion.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## COUNT V:

135. TSI re-asserts the foregoing as if fully set forth herein.

136. TSI denies the allegations in ¶ 136.

137. TSI denies the allegations in ¶ 137.

138. TSI denies the allegations in ¶ 138.

139. TSI denies the allegations in ¶ 139.

140. TSI denies the allegations in ¶ 140.

141. TSI denies the allegations in ¶ 141.

## COUNT VI
## Violation of Section 807

142. The FDCPA speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 142 state otherwise, denied.

143. TSI denies the allegations in ¶ 143, including subparts a-c.

144. TSI denies the allegations in ¶ 144.

## COUNT VII
## Violations of Section 809

145. The FDCPA speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 145 state otherwise, denied.

146. TSI denies the allegations in ¶ 146.

147. TSI denies the allegations in ¶ 147.

148. TSI denies the allegations in ¶ 148.

## COUNT VIII
## BREACH OF CONTRACT

149. TSI re-asserts the foregoing as if fully set forth herein.

150. The allegations in ¶ 150 are not directed toward Defendant TSI. To the extent a response is required, denied.

151. The allegations in ¶ 151 are not directed toward Defendant TSI. To the extent a response is required, denied.

152. The allegations in ¶ 152 are not directed toward Defendant TSI. To the extent a response is required, denied.

153. The allegations in ¶ 153 are not directed toward Defendant TSI. To the extent a response is required, denied.

154. The allegations in ¶ 154 are not directed toward Defendant TSI. To the extent a response is required, denied.

## COUNT IX
## NEGLIGENCE

155. TSI re-asserts the foregoing as if fully set forth herein.

156. TSI denies the allegations in ¶ 156.

157. TSI denies the allegations in ¶ 157.

158. TSI denies the allegations in ¶ 158.

159. TSI denies the allegations in ¶ 159.

160. TSI denies the allegations in ¶ 160.

161. TSI denies the allegations in ¶ 161.

162. TSI denies the allegations in ¶ 162.

## COUNT X:
## FRAUDULENT MISREPREENTATION

163. TSI reasserts the foregoing as if fully set forth herein.

164. TSI denies the allegations in ¶ 164.

165. TSI denies the allegations in ¶ 165.

166. TSI denies the allegations in ¶ 166.

167. TSI denies the allegations in ¶ 167.

168. TSI denies the allegations in ¶ 168.

169. TSI denies the allegations in ¶ 169.

170. TSI denies the allegations in ¶ 170.

171. TSI denies the allegations in ¶ 171.

172. TSI denies the allegations in ¶ 172.

173. TSI denies the allegations in ¶ 173.

174. TSI denies the allegations in ¶ 174.

## COUNT XI:
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

175. TSI re-asserts the foregoing as if fully set forth herein.

176. TSI denies the allegations in ¶ 176.

177. TSI denies the allegations in ¶ 177.

178. TSI denies the allegations in ¶ 178.

179. TSI denies the allegations in ¶ 179.

180. TSI denies the allegations in ¶ 180.

## INJUNCTION FOR VIOLATIONS OF THE FTC, ACT, FCRA, AND FDCPA

181. TSI denies the allegations in ¶ 181.

## EQUITABLE RELIEF FOR VIOLATIONS OF THE FTC ACT, FCRA, AND FDCPA

182. TSI denies the allegations in ¶ 182.

## CIVIL PENALTIES FOR VIOLATIONS OF THE FCRA

183. TSI denies the allegations in ¶ 183.

184. TSI denies the allegations in ¶ 184.

## CIVIL PENALTIES FOR VIOLATIONS OF THE FDCPA

185. TSI denies the allegations in ¶ 185.

186. TSI denies the allegations in ¶ 186.

## TSI'S AFFIRMATIVE DEFENSES

1. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. TSI denies any liability, however, regardless of liability, plaintiff has suffered no actual damages as a result of TSI's purported violations.

3. One or more claims asserted by plaintiff is barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4. Assuming that plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than TSI and were beyond the control or supervision of TSI or for whom TSI was and is not responsible or liable.

6. Plaintiff has failed to state a claim against TSI upon which relief may be granted.

WHEREFORE, Defendant, Transworld Systems Inc., requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

    Respectfully Submitted,

    */s/ Michael P. Schuette*
    Michael P. Schuette, Esq.
    Florida Bar No. 0106181
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, Florida 33618
    Telephone: (813) 890-2460
    Facsimile: (877) 334-0661
    mschuette@sessions.legal
    dvanhoose@sessions.legal
    *Counsel for Defendant,*
    *Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of September 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Mr. David Hadden
PO Box 18142
West Palm Beach, FL 33416
houseofrefugeinc@aol.com
*Pro-Se Plaintiff*

　　　　　　　　　　*/s/ Michael P. Schuette*
　　　　　　　　　　Attorney