UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81385-MARRA

DAVID HADDEN,

     Plaintiff,

v.

UNIVERSITY ACCOUNTING SERVICES,
TRANSWORLD SYSTEMS, INC., and
EVERGLADES COLLEGE d/b/a
KEISER UNIVERSITY

     Defendants.

_____/

## ORDER REFERRING PLAINTIFF'S MOTION TO RE-OPEN AND SET TRIAL DATE [DE 164] TO UNITED STATES MAGISTRATE JUDGE BRUCE E. REINHART

On March 28, 2024, Plaintiff David Hadden ("Plaintiff") filed a Motion to Re-open and Set Trial Date Against Defendant Everglades College d/b/a/ Keiser University ("Defendant") [**DE 164**] based upon Defendant's alleged failure to comply with and engage in the arbitration process. A Response and Reply relative to said motion have been filed (DEs 165, 166).

Upon consideration, it is **ORDERED AND ADJUDGED**:

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiff's motion [**DE 164**] is hereby **REFERRED** to United States Magistrate Judge Bruce E. Reinhart for appropriate disposition as to (1) whether either or both parties are at fault for the arbitration not going forward as ordered by the Court (DE 105); (2) whether any sanctions should be imposed against any party who may have been at fault; and (3) how should the parties proceed with the arbitration that was previously ordered and is required by

the arbitration provision of the applicable contract?

       **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida,

this 11th day of June, 2024.

 

KENNETH A. MARRA
United States District Judge


Copies provided to: All Counsel