UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-81385-KAM

DAVID HADDEN,

    Plaintiff,

v.

EVERGLADES COLLEGE d/b/a
KEISER UNIVERSITY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF INTENT TO NOT OBJECT TO REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION TO RE-OPEN CASE AND SET A TRIAL DATE

**COMES NOW**, the Defendant, EVERGLADES COLLEGE, INC. d/b/a KEISER UNIVERSITY, by and through the undersigned counsel, hereby files its Notice of Intent to Not Object to Report and Recommdnation Regarding Plaintiff's Motion to Re-Open Case and Set a Trial Date and states as follows:

The Magistrate's Report and Recommendation Regarding Plaintiff's Motion to Re-Open Case and Set a Trial Date (D.E. #168) requires counsel to advise the District Court if a party does not intend to file objections to the Report and Recommendation within five (5) days of the Report and Recommendation.  D.E. #168.  In compliance with the Report and Recommendation, Everglades College, Inc. d/b/a Keiser University hereby advises the Court that it does not intend to file objections to the Report and Recommendation Regarding Plaintiff's Motion to Re-Open Case and Set a Trial Date (D.E. #168).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Intent to Not Object to Report and Recommendation Regarding Plaintiff's Motion to Re-Open Case and Set a Trial Date was served by this court's CM/ECF System, on July 8, 2024, on all counsel or parties of record on the service list.

    Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Counsel for the Defendant

    */s/ Justin C. Sorel*
    Justin C. Sorel, Esquire
    FBN: 0016256