UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81385-MARRA

DAVID HADDEN,

    Plaintiff,

v.

UNIVERSITY ACCOUNTING SERVICES,
TRANSWORLD SYSTEMS, INC., and
EVERGLADES COLLEGE d/b/a
KEISER UNIVERSITY

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff DAVID HADDEN's Motion to Re-open Case and Set Trial Date Against Defendant EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY ("Motion") (DE 164).

THIS MATTER was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation ("Report"), dated July 3, 2024, has been filed, recommending that the district court grant in part and deny in part Plaintiff's motion (DE 168).

The Court has conducted a *de novo* review of the entire file, the record herein, and considered Plaintiff's objections to the Report (DE 172).  Defendant Keiser University did not file objections to the Report.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report is **AFFIRMED AND ADOPTED.**

2. Accordingly, Plaintiff's Motion (**DE 164**) is **GRANTED IN PART AND DENIED**

**IN PART**.

3. Plaintiff's Motion to Re-Open the Case is **GRANTED**. The case is re-opened for the limited purpose of the Court appointing an arbitrator consistent with the arbitration agreement and pursuant to Fla. Stat. § 682.04. The Court will appoint an arbitrator who will conduct an arbitration to resolve the dispute.1   The appointment of the arbitrator shall be by separate order.

4. Plaintiff's Motion to set a trial date is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of July, 2024.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All Counsel
houseofrefugeinc@aol.com

---

1 In order to reduce the potential cost to the parties, and pursuant to the authority under Fla. Stat. § 682.04(2), the Court will appoint one arbitrator.   *See* 9 U.S.C. § 5 (unless otherwise provided in the arbitration agreement, the arbitration shall be by a single arbitrator).

2