UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-81385-KAM

DAVID HADDEN,

    Plaintiff,

v.

EVERGLADES COLLEGE d/b/a
KEISER UNIVERSITY,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

COMES NOW Defendant, EVERGLADES COLLEGE d/b/a KEISER UNIVERSITY, by and through its undersigned counsel and files the following supplemental authority relative to whether the Court or the Arbitrator has jurisdiction to address the matter of entitlement to an award of attorney's fees (D.E. #183):

1. A-1 Duran Roofing, Inc. v. Select Contracting, Inc. – 865 So. 2d 601 (Fla. 4th DCA 2004).

2. Kostoff v. Fleet Securities, Inc. – 506 F.Supp.2d 1150 (M.D. Fla. 2007)

3. Cassedy v. Merrill Lynch, Pierce, Fenner & Smith, Inc. – 751 So.2d 143 (Fla. 1st DCA 2000).

4. Robert W. Baird & Co. Inc. v. SunAmerica Securities, Inc. – 399 F.Supp.2d 1314 (M.D. Fla. 2005).

5. Deitchman v. Bears Stearns Securities Corp. – 2007 WL 4592238 (S.D. Fla. 2007).

6. Newton v. Prudential Securities, Inc. - 2007 WL 9706917 (S.D. Fla. 2007).

7. Turnberry Associates v. Service Station Aid, Inc. – 651 So. 2d 1173 (Fla. 1995).

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 500  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Supplemental Authority was served by this court's CM/ECF System, on April 7, 2025, on all counsel or parties of record on the service list.

>Cole, Scott & Kissane, P.A.
>222 Lakeview Avenue, Suite 500
>West Palm Beach, Florida 33401
>Counsel for the Defendant
>
>*/s/ Justin C. Sorel*_____
>Justin C. Sorel, Esquire
>FBN: 0016256