ARBITRATION

DAVID HADDEN,

    Petitioner,

v.

EVERGLADES COLLEGE, Inc. d/b/a
KEISER UNIVERSITY,

    Respondent.
_____/

### ORDER ON PETITIONER'S MOTION FOR ENTITLEMENT TO ATTORNEY'S FEES AND MOTION TO TAX COSTS

This matter having come before the Arbitrator on Petitioner's Motion for Entitlement to Attorney's Fees and Motion to Tax Costs and the Arbitrator after having reviewed the pleadings and heard arguments of the parties, it is HEREBY:

ORDERED and ADJUDGED:

1. Petitioner's Motion for Entitlement to Attorney's Fees is GRANTED. The Petitioner is entitled to prevailing party attorney's fees pursuant to the Enrollment Policies and Procedures and the American Arbitration Association's ("AAA") Commercial Rules. The Arbitrator reserves as to the amount of attorney's fees.

2. Petitioner's Motion to Tax Costs is GRANTED. Costs are taxed against Petitioner in the amount of $2,306.50 pursuant to the AAA's Commercial Rules.

Respectfully submitted,

E-filed and emailed to counsel of record on even date: __Jun 17, 2025__

*Laura Johnson*
_____
Laura Johnson, Esq.
Matrix Mediation, LLC

1655 Palm Beach Lakes Blvd., Ste. 700
West Palm Beach, FL 33401
FBN: 559482
CM12628R